IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARISSA A. ACKERMAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-2718 |
| | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 1st day of August, 2011, upon consideration of the brief in support of request for review filed by plaintiff (Doc. No. 14) and defendant's response thereto (Doc. No. 15) and having found after careful and independent consideration that the record reveals that the Commissioner applied the correct legal standards and that the record as a whole contains substantial evidence to support the ALJ's findings of fact and conclusions of law, for the reasons set forth in the memorandum above, it is hereby **ORDERED** that:

1. **JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** and the relief sought by plaintiff is **DENIED**; and

2. The Clerk of Court is hereby directed to mark this case closed.

**FILED**
AUG 1 - 2011
MICHAEL E. KUNZ, Clerk
By:_____ Dep. Clerk

JOHN R. PADOVA, Sr. J